AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Nadia A. T., *Plaintiff* <br> v. <br> Commissioner of Social Security *Defendant* | Civil Action No. 3:22-cv-00012 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Statement of Errors is GRANTED; Commissioner's non-disability determination is VACATED; matter is REMANDED to SOcial Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration and case be terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Peter B. Silvain, Jr. _____ on a motion for

Date: 3/8/2023

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk